USCA1 Opinion

 

 April 1, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-2270 RAYMOND R. GADREAULT, Plaintiff, Appellant, v. HOWARD CASE, CHIEF OF POLICE, PALMER POLICE DEPARTMENT, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Torruella and Cyr, Circuit Judges. ______________ ____________________ Raymond R. Gadreault on brief pro se. ____________________ Kimberly M. Saillant and Morrison, Mahoney & Miller on Motion for ____________________ ___________________________ Summary Affirmance for appellees. ____________________ ____________________ Per Curiam. Plaintiff argues that Briscoe v. ___________ _______ LaHue, 460 U.S. 325 (1983), is an unconstitutional decision. _____ As a lower federal court, we are bound by Supreme Court decisions and cannot independently assess their constitutionality. The judgment for defendants is affirmed substantially for the reasons stated by the magistrate and district court. Affirmed. ________